THE PEOPLE *ex rel.* EDSEL A. LICK, Relator-Appellant, *v.* THEODORE P. FIELDS, Chairman, ILLINOIS STATE PAROLE AND PARDON BOARD *et al.*, Respondents-Appellees.

(No. 57697; ▮▮▮▮▮▮▮▮▮▮▮)

First District (3rd Division)—August 16, 1973.

PER CURIAM.
McGLOON, J., took no part.

Kenneth L. Jones, of Defender Project, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (James S. Veldman and Larry A. Sultan, Assistant State's Attorneys, of counsel,) for appellees.